UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TODD M.,

     Plaintiff,

                                  Case No. 1:25-cv-461

v.

                                  HON. JANE M. BECKERING

COMMISSIONER OF SOCIAL SECURITY,

     Defendant.

_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action filed pursuant to 42 U.S.C. § 405(g).  The parties filed a Stipulation for attorney fees Under the Equal Access to Justice Act (ECF No. 17).  In addition, Plaintiff filed a "Motion to request ruling on pending attorney's fees" (ECF No. 18).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 19) on March 16, 2026, recommending that this Court grant the motion (ECF No. 18) and approve the stipulation (ECF No. 17) and the proposed order (ECF No. 17-4).  The Report and Recommendation was duly served on the parties.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 19) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the "Motion to request ruling on pending attorney's fees" (ECF No. 18) and the Stipulation for attorney fees Under the Equal Access to Justice Act (ECF No. 17) are GRANTED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that Plaintiff is awarded $5,000.00 pursuant to the Equal Access to Justice Act.  This award shall be payable directly to Plaintiff's counsel subject to any administrative offset due to Plaintiff's outstanding federal debt, if any existing.


Dated: March 31, 2026                                      /s/ Jane M. Beckering
                                                         JANE M. BECKERING
                                                         United States District Judge